UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

2020 DEC 11  P 4:10

Vance Strader            **Bankruptcy No. 20-22643-CBM**         CLERK
U.S. BANKRUPTCY COURT
                         Trial by jury demanded 1-103.6 ucc   PITTSBURGH

Notice of Objection and responses to Clerks response of partial appeal

Response and notice to the Clerk of the United States Bankruptcy Court of Western Pennsylvania and the United States District Court of Western Pennsylvania. the bankruptcy court has denied me my god-given right to be in front of a jury of my peers,The common law is not governed by statute, case law and code. The bankruptcy court is intentionally trying to get me to commit perjury, like these deceiving due paying bar card members.It is perjury to force me to say I'm a debtor and it is also perjury and a federal crime to file a false proof of claim in a federal court by attorneys .I will list of fraud below and that's why I always said alleged creditors. There is no creditor in fractional Reserve banking when there's a liability owed to the consumer.

To The court and Michael R Rhodes 5414 US Steel Tower 600 Grant Street PGH PA 15219
To United States District Court Clerk Joshua C Lewis 700 Grand Street room 3100 U.S. Courthouse Pittsburgh Pennsylvania 15219

Notice of further complaints being sent to the justice department for William P Barr and also the United States Provost Marshal for the denial of Constitutional rights in these federal courts

1. As I stated in all my Publications Communications and documents, I don't want nobody white over 60 who's entitled and privileged to make no decisions for me. This country is a race based society. It is my belief, along with history here in America, most of the judges are all white over 60 and the gatekeepers of this race based society.It is also my belief that all the case law,It's remote privilege white supremacy. The Dred Scott case is proof of that and this.

2. If I can't have my trial by jury and access to the court just say so with your mercenaries bullets and bombs. but don't act like you're doing something Righteous by case law, statutes, codes and rules, just take my stuff by force like you've been doing throughout history.

3. I require your corporate charter, you are a legislative Court and a corporation, you're acting with no judicial power and authority. You're nothing more than a privately owned corporation acting with police powers. A lie was told to God And the people this country,when you all took your oath to go by the Constitution. All you public officials are blatantly not Going by the Constitution or giving me a trial by jury, you're deceiving by sayingI have to qualify by code to get a trial by jury and I owe somebody on my own credit pursuing the title 12 and the Federal reserve banking system

4. Everything in this country is based on racism, fraud, lies, deception and denials of Rights.

5. The fraud is that you keep sending garbage by mail that you are the government operating in some Sovereign capacity. It is a well-established fact that you're only a privately owned Corporation masquerading as a lawful government.somebody is lying. Congress says that the United States is dissolved and only exists in name only. so all these correspondence then you are the United States government when you are only a private Corporation, this is a fraud.

6. The Congressional records ,If Congress is telling the truth this means you're nothing more then a privately owned Corporation who is operating with police powers with no constitutional Authority. <u>It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is</u>

<u>further evidence that the United States Federal Government exists today in name only.</u>

7. <u>The receivers of the United States Bankruptcy are the International Bankers, via the United Nations, the World Bank and the International Monetary Fund. ALL United States Offices, Officials, and Departments are now operating within a de facto status in name only under Emergency War Powers. With the Constitutional Republican form of Government now dissolved, the receivers of the Bankruptcy have adopted a new form of government for the United States. This new form of government is known as a Democracy, being a established Socialist/Communist order under a new governor for America.</u>

8. I didn't receive anything about a revised appeal and providing a cover sheet. I Think I have a very racist white post officer who will not hand me my mail, even if I'm standing in the doorway, my mail does not go to Yosemite Drive because of a white mail carrier will not hand me my mail or deliver me my mail but the black guys will. I didn't get any mail at that address. I have an email and a phone number the clerk could have mailed it by email or called me, they chose not to do so.

9. I put on my correspondence that I am having problems receiving my mail. I have an email address on all my correspondence, why continue to kill trees like you've been doing when you can just email me.

10. I received a correspondence last Thursday at my forwarding address dated November 13th.7 days ago would be the 7th through the 6th of December.

11. I looked online and it says something to the effect that I needed a cover sheet and about giving notice to all creditors. I gave notices to all alleged creditors, I also paid $7 for all the fraudulent proof of claims that were filed if there's any additional ones then I need to have those. I saw online the other day about some code 8001a, that didn't say what the clerk said about creditors .

12. This court has robbed me about $1,100, about the fact that all these proof of claims are fraudulent by their London bar Guild members and members of the ABA. In fractional Reserve banking a receiving Bank of a deposit and a funds

transfer or item is not a creditor, when they treat that item and or deposit as cash as defined in 12 USC 18 13 1 1. this is a violation of federal law pursuant to 18 USC 152(4). This court has stole my money the court and the judges know that these are false proof of claims that I will continue to file with the justice department of this blatant misbehavior of accepting false affidavits in a debt collection case as defined by the Consumer Financial Protection Bureau in Pressler versus Pressler.

13. The court and all its employees in this matter and the attorneys have violated 18 USC 152 and all the other provisions, if anybody called me a debtor in fractional Reserve banking about any amount owed by me,they have violated these sections of Title 18. In fractional Reserve banking the consumer is owed a liability which is called a set off or claim recoupment. The set off , claim and recoupment was not deducted from any alleged amount,this is fraudulent bookkeeping. Fraudulent is calling me a debtor when it's my credit. It's a well-established fact that Banks do not lend their credit, they're not creditors and their attorneys with their false proof of Claims can not make them a creditor this violates Title 18 as I stated before.

14. Creditors are the light company, gas company phone company and water company, because they gave some sort of consideration. under the common law and the uniform commercial code of the article 3 there must be some consideration and or value. In fractional Reserve banking the only consideration is the consumer's deposit.

15. The bankruptcy court is a fraud when it says on all their documents it say under penalty of perjury.. In fractional Reserve banking the consumer is the Creditor and is owed a liability. Somebody's lying the Federal Reserve says it's my credit but the courts are saying I'm a debtor. The court is trying to get people to commit perjury for the benefit of the court to make Federal Reserve notes and for the benefit of their privileged white attorneys to make Federal Reserve notes.

16. The court is also saying You must pay,The court is trying to trick me into saying I will pay, this is perjury when nothing in American gets paid with Federal Reserve

notes is just a promissory note you can't pay a debt instrument with a debt instrument in the public. You cannot pay anything in America. There is no gold and silver under the Constitution you can only set off or discharge if the court is getting you to admit to perjury by saying you're going to pay. The courts are fraud because Congress said that the United States is bankrupt and dissolved and the Republican form of government is dissolved. So what court am I in, a Court of contract and I do not wish the contract with the statutory side. I said I want the common-law side of the Court.

17. It is my belief in my experience in America that the people who run these courts are privileged white people are evil, when you're deceiving and stealing people's labor and land, and then hide in your private gated communities. That's why The universe put you at a negative birth rate, you got more people dying than you do being born. I can't stop you from you 2000 years of Western European atrocity.

18. This system is going to steal your labor as defined in the Thirteenth Amendment whether it is a debt or not, you're going to send your white mercenaries called the sheriff or the u.s. marshals to make you pay for land that you don't own as Congress said in senate document 43, you don't own your house. If you don't pay Federal Reserve notes Monopoly money for taxes and or mortgage payments on your own credit, these mercenaries will come by gunpoint and put you out on the curb, the family and kids. This is diabolically, sinister and inherently evil with fake documents and real guns, just like what was with the Indians.

19. At this point there's really nothing to talk about when it comes to how corrupt and evil the system is and your history. I just need to know how , when will I get my common law trial by jury and what needs to be done for this appeal process to go through. I'll write and tell you to tell you I don't like kurupt deceitful people what are privileged white people are dumb stupid lazy black people. I just want you to do your job and give me my day in court in front of my jury of peers so I'm writing to you about you doing the right thing so I can get in front of my jury of

peers. When a man or woman does the right thing the universe gives them three times that good back and it's the opposite when you do negativity.

20. Remedy sought you took an oath to the Constitution that you would do the right thing so help you God. So don't go against your oath for your paycheck and use some code that blocks me from what you swore to God that you would do the right thing.

Respectfully submitted to or for these federal courts of record on 12/11/20

Vance Strader
Yosemite Dr
Pgh pa 15235
412979-4870
commonlaw4commongood@gmail.com

Certification of service
I certify served by mail the men, women and wrongdoers on 12/11/20
 The court and Michael R Rhodes 5414 US Steel Tower 600 Grant Street PGH PA 15219
To United States District Court Clerk Joshua C Lewis 700 Grand Street room 3100 U.S. Courthouse Pittsburgh Pennsylvania 15219

Notice of further complaints being sent to the justice department for William P Barr and also the United States Provost Marshal for the denial of Constitutional rights in these federal courts

B Shrader
231 Yosemite dr
Pgh Pa 15235

Joshua Clows
700 Grant St
Pgh Pa 15219
clerks office



