UNITED STATES DISTRICT COURT OF WESTERN PENNSYLVANIA

**FILED**

MAY 04 2021

Vance Strader

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

20-1743

V

Common Law Court Of Record

Trial by jury demanded

Carlota M Bohm and Rhonda J Winnecour

NOTICE OF BRIEF RESPONSES AND OBJECTIONS FOR APPEAL FROM CARLOTA M BOHM AND RHONDA J WINNECOUR ERRONEOUS VIOLATIONS OF THEIR OATH OF OFFICE PURSUANT TO TITLE 28 USC 453 AND LEGAL NONSENSE THAT VIOLATES THE CODE OF ETHICS THAT IS BLOCKING ME FROM MY RIGHT TO THE COURTS WHICH VIOLATES DUE PROCESS OF EQUAL PROTECTION MY RIGHT TO BE HEARD BEFORE A JURY OF MY PEERS WHICH IS NOTHING MORE THAN THE RESTRAINT OF MY RIGHTS GUARANTEED BY THE UNITED STATES CONSTITUTION

1. These are my responses for document entry 6 and 11
2. Carlota M Bohm and Rhonda J Winnecour have shown violation of code of ethics as described by Federal judge Walter K Stapleton. First I always require a common law trial by jury under the 7th amendment where the magistrate is independent of the jury, which I'm always being denied in these fake courts in Pennsylvania. This is a violation of the constitution and their oath of office.
3. The 7th Amendment and your rule 38 of the Federal rules of civil procedure says hat the trial by jury shall be preserved and it has not been preserved for me in any Court in Pennsylvania. These corrupt courts are saying and or implying that I have to qualify for

trial by jury pursuant to rules legislative acts, bills attainder and malum prohibitum where the statue says I'm wrong or right guilty or innocent without a jury of my peers which is a due process violation, I have a right to be heard and equal protection.

4. From my experience over the past 7 years, and these administrative tribunals that are fake courts, there is no equal protection in these legislative courts if you do not have money and you can't hire these big Bank attorneys to protect your god-given rights.

5. due process

6. This is all due process violation by privilege educated White barcard members promoting advocating and sanctioning a feudal system. This system is an aristocracy that is clearly based on education and money in my opinion. It would also be the opinion of the people if I ever get a jury of my peers which is guaranteed and its so-called Republican form of government. This Behavior is a violation of due process as described in the fifth and Fourteenth Amendment. For these Due process violations Carlota M Bohm and Rhonda J Winnecour erroneous and unlawful acts should be reversed.

7. False proof of claims

8. Prima facie evidence there is no such thing Prima facie evidence pursuant to title 28 USC 453. In a voice conference some White attorney Justified to a fact that he had prima facie evidence when I rebutted all this legal garbage by affidavit with no response to all my claims. My claims are always unrebutted line for line point-by-point just like this one will be, because you can't rebut the truth only with truth. Attorneys are bred and educated to lie, deceive and conceal the truth. This profession is nothing more than a white collar crime will you get financial gain do fraud concealment and deception.

9. when you swear to God and you swear to people by putting your hand on the Bible and saying you're going to do right. Prima facie evidence is nothing more than a lie, if not rebutted it stands this truth in law. Fraud, perjury deceit and concealment is nothing more than an act against God, This gutter profession is a white collar crime when you get a Financial benefit by Perjury deceit and concealment in any Court when the unsuspecting consumer believes he has a liability instrument when in fact he has a deposit/payment order under Article 4a of the Uniform Commercial Code.

10. For these Fake proof of claims Carlota M Bohm and Rhonda J Winnecour erroneous and unlawful acts should be reversed.
11. State issues
12. Challenging fraudulent proof of claims under Title 18 and 11 is not a state issue. Carlota M Bohm said in a voice conference that this and My other Federal claims are state issues for the corrupt County Courts ministers / judges like Joseph James to violate their oath office to the constitution and the people and refused to give people their trial by jury in their corrupt motions Court where there is no jury, no claimant no affiant and declarant. It is the agenda and standard practice that hearsay attorney testimony is a fact in these fake County Court.all these courts are fake pursuant to the Clearfield Doctrine and there are no States pursuant to the Lieber code plus the United States is dissolved and bankrupt. Their main objective is to collect Federal Reserve notes which of the obligations of the United States under title 12 USC 1411and Rhonda J Winnecour she knows this too.
13. Carlota M Bohm and Rhonda J Winnecour know that these proof of claims are fraudulent when there is no negotiable instrument involved and no holder in due course under article 3 of The uniform commercial code. Carlota M Bohm and Rhonda J Winnecour dismissed my case and refused to let me challenge these false proof of claims under the bankruptcy code under the common law and contract law as described in restatement of the law series 1, 2 and 3.For all the reasons listed above when it comes to State actions their decision to dismiss my claim should be reversed.
14. The theft of my money
15. The theft of my money which is my labor, which was taken without just compensation along with I due process violation when none of these proceedings are before the jury of my peers. Carlota M Bohm and Rhonda J Winnecour Took my money, my property and my labor in a voice conference on more than one occasion. Mrs Carlota Kept saying imma stop you right here which violates my due process rights to be heard. she made me pay Federal Reserve notesBy certain date in less than 10 days she had already planned to dismiss my claims, because she said she thinks I'm not going to pay by the first Federal Reserve notesAnd I questioned the authority of these white attorneys are committing

perjury by filing false proof of claims when they have no negotiable instrument which is a liability instrument.

16. I asked her on three occasions 3 times what form of species am I supposed to satisfy these obligations, she never answered and she knows the answer to this question. the answer to that question is clearly spelled out in public law 7310 and in Senate document 43.

17. This Behavior violates the code of ethics because she has that red book and she knows the code of ethics, along with this qualification as described in title 28 USC 455 and in federal Rules of Evidence 605. She violated Section 1 of title 28 455 she is not fair and impartial When she allows false proof of claims by white attorneys and I am not supposed to question these white supremacist about their ill-gotten gain to deceit fraud perjury and concealment of the truth, this is not waiverable. She should have disqualified herself and not dismiss my claims when she's disqualified for violating the code of ethics. For all the reasons listed in this paragraph dealing with the theft of my money, my right to be heard and her refusal to disqualify herself for violating the code of ethics as described by federal judge Stapleton. Her decision should be reversed.

18. verification of debt and unlawful debt

19. I found a verification of debt to all the attorneys filing a false proof of claim pursuant to the fair debt collection practices Act and the Consumer Financial Protection Bureau for debt collectors to provide account level documents. None of them had verified these false proof of claims with account-level documents as described in the Pressler & Pressler case. and verification was in the cfpb's Hernandez case. Collecting an unlawful debt violates the RICO statute .I have already proven that these proof of claims are false without a negotiable instrument under article 3 of The Uniform Commercial Code, an attorney hearsay without first-hand knowledge of a funds transfer by a holder in due course with proof of consideration will not suffice.Carlota M Bohm and Rhonda J Winnecour have allowed these false proofs of claims by their attorney bar Card members to be filed end to steal property and labor. For all these reasons listed about verification and collecting unlawful debts Carlota M Bohm and Rhonda J Winnecour's decision should be reversed.

20. Condition precedent

21. There has to be a conditions precedent Before you can drag someone into court. a claimant an affiant has to have a negotiable instrument as a liability instrument to bring a lawsuit or bring any claim in any Court when it comes to a debt. title 12 United States code 1813 1 1 do you that the promissory note is deposit and it's equivalent to cash. and in title 12 United States code section 1831n this tells you that there is a liability owed to the consumer also.Carlota M Bohm and Rhonda J Winnecour Has allowed false proof of claims to be presented in a federal court without a negotiable instrument and without condition precedent being completed. all the reasons dealing with conditions precedent Carlota M Bohm and Rhonda J Winnecour their decision for dismissal should be reversed.
22. claims and defenses
23. I have claims and defenses under the bankruptcy code for disallowance. I have affirmative defenses under rule 8 of the federal code of civil procedures and I have claims and defenses under article 3 of The Uniform Commercial Code, for lack of consideration, no holder in due course, the right to rescission and claim of recoupment.Carlota M Bohm and Rhonda J Winnecour Denied me my right to be heard with my claims and defenses this are due process violations and for all the reasons listed in claims and defenses Carlota M Bohm and Rhonda J Winnecour decision to the dismiss should be reversed.
24. General accounting acceptance principles
25. All banks must adhere to General accounting acceptance principles As described in title 12 United States code 18 31n. This article tells you that there are payables/Liabilities and receivables,Double Bookkeeping, matching principle and balance sheet. you can't have a default if you have a credit that is owed to you pursuant to General accounting acceptance principles which is called a set off and or claiming recoupment. The bankruptcy code specifically speaks of set offs and offsets. I objective anybody saying I'm incompetent and or implying I don't know what I'm talking about. Because White privileged attorneys just want to make money, whether they have a suit on or calling themselves and or an administrator of Justice. Carlota M Bohm and Rhonda J Winnecour Refuse to make my case to disallow these false proof of claims by their white privilege bar Card members for all the reasons listed about General

accounting accepted principles and the disallowance Carlota M Bohm and Rhonda J Winnecour decision to dismiss should be reversed.

26. Right to resend
27. under Justinosky vs Countrywide,Truth in lending and 3 - 305, 3 - 306 I have a right to resend and I did so for all these Pretender lenders who have filed a false proof of claim under Title 18 USC 152 section 4 and under 11 USC section 501 it says a creditor May file all these attorneys are not creditors and in fractional reserve The corporations they represent they are receiving Banks beneficiary bank's security intermediaries and account debtors not lenders mortgagees or holder in due course.
28. Pursuant to the statutes, The Uniform Commercial Code and the case law that you are bound by I have a right to resend as I've done. Carlota M Bohm and Rhonda J Winnecour have allowed false proof of claims to be filed for some alleged creditors, when the consumer is the creditor in fractional Reserve Banking and it is their credit that they are making cash flow payments to uninjured investors who by Financial assets. And now that financial asset is not performing is someone has bought that not performing financial asset for pennies on the dollar and now they're asking for the face value of the payment order that they're receiving Banks in a beneficiary bank has received for payment.
29. Take judicial notice that Banks and or financial institutions do not lend Their Own Credit it's against the law.
30. For all the reasons listed how about rescission Carlota M Bohm and Rhonda J Winnecour for dismissal should be reversed people should not be in government when they allow fraud to go on and they practice law when they're not supposed to.
31. Fraud And practicing law
32. Fraud and practicing law as described in to 28 USC 454 Carlota M Bohm and Rhonda J Winnecour by Voice conference Mrs Bolm made false statements by saying I said I do not have any creditors when it's an unimpeachable fact I do if I have a contract and if I'm provided with a service and someone gave me some sort of consideration as in the utility companies and in the credit River verdict when it speaks of consideration and not book entries of deposits. pursuant to the Wrath judicata end of Full Faith and Credit of the United States the credit River case is evidence in law on lawful consideration. Bouvier

Law Dictionary defines fraud **FRAUD**, contracts, torts. Any trick or artifice employed by one person to induce another to fall into an error, or to detain him in it, so that he may make an agreement contrary to his interest. The fraud may consist either, first, in the misrepresentation, or, secondly, in the concealment of a material fact. Fraud, force and vexation, are odious in law. Booth, Real Actions, 250. Fraud gives no action, however, without damage; 3 T. R. 56; and in matters of contract it is merely a defence; it cannot in any case constitute a new contract. 7 Vez. 211; 2 Miles' Rep. 229. It is essentially ad hominem. 4 T. R. 337-8.

33. Perjury is fraud and false statementsUnder Title 18 United States code section 1001.
34. For all the reasons listed about fake proof of claims from attorneys about a bogus creditor with no liability instrument and or negotiable instrument and fraud as it is described ln Bouvier's Law Dictionary definition. Carlota M Bohm and Rhonda J Winnecour Erroneous decision should be reversed with sanctions along with my money being given back and I get my day in court before a jury of my peers even including this decision.
35. Senate document 43
36. Senate document 43 says what form of species Being forced to pay Federal Reserve notes is nothing more than Involuntary servitude and white collar crimes based on Knowingly and premeditated perjury and false proof of claims By saying some fake creditors have no negotiable instrument as described in article 3 of The Uniform Commercial Code when they don't having a negotiable instrument with proof of consideration. this is fraud on the court and by the court,this violate the 13th Amendment of involuntary servitude to get people to pay Federal Reserve notes out of ignorance.
37. Carlota M Bohm and Rhonda J Winnecour have and had a duty to report any attorneys who commit a crime, like Saying you owe mortgage when Senate document 43 you have use of the house and you're just a tenant,perjury and false proof claims in a federal court, they are supposed to report them to the bar association for Reprimand and or disbarment. Deuteronomy speaks of filthy lucre. They are people who put money before Humanity. to this day they both never reported these attorneys to the bar association and or the justice department, but Imma do it for them.

38. Carlota M Bohm and Rhonda J Winnecour violated their oath above office they both are practicing law abused cat to leave should have disqualified herself As described in title 28usc455 section is not waiverable As described by federal judge Walter K Stapleton explains it very clearly. The code of ethics also applies to judges and federal employees that mean this applies to Carlota M Bohm and Rhonda J Winnecour .

39. For all the reasons listed in all paragraphs Carlota M Bohm and Rhonda J WinnecourErroneous order should be reversed. Carlota M Bohm and Rhonda J Winnecour they did not have a valid order because it didn't have the clerk seal on it with the signature of the judge and the clerk. All rebuttal should be made paragraph my paragraph point-by-point totally based on facts not case law. I'm the master of this case and I can declare with the law that the law is the common law and the Magna Carta and or anything dealing with a fact. Case law is so subjective by privileged white supremacists. case law is so subjective where it can turn the Golden Gate Bridge into Tweety Bird. I just require facts. And preferably a jury of my peers to determine the facts and the law plus put the law on trial.

Completed on 04/30/2001

Vance Strader
434 Ella
Pgh pa 15221
412979-4870
commonlaw4commongood@gmail.com  I keep saying I prefer to get email because I'm having trouble getting my mail some people who I believe are racist white supremacist.

Certification of service And verification
I certify by mail the men, women and wrongdoers on 05/03/21 at 600 Grant Street PGH PA 15219