IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANCE STRADER<br>*doing business as* Advance Housing,<br><br>   Appellant,<br><br>   v.<br><br>RHONDA J. WINNECOUR,<br>*Trustee*,<br><br>   Appellee. | Civil Action No. 20-1743 |

## ORDER

AND NOW, this 7th day of May, 2021, *pro se* Appellant Vance Strader having filed his response (Docket No. 14) on May 4, 2021, IT IS HEREBY ORDERED that Appellee shall file a brief in opposition to Mr. Strader's appeal by June 7, 2021, and Mr. Strader may file a reply by June 21, 2021.

                 *W. Scott Hardy*
                 W. Scott Hardy
                 United States District Judge

cc/ecf:   Counsel of Record

       Vance Strader (via U.S. Mail)